## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR189** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KEVIN W. MCWILLIAMS,** | ) | **ORDER** |
| | ) | |
| | ) | |
| **Defendant.** | | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial and Request for Hearing [28]. For the reasons set forth in the motion, the undersigned magistrate judge finds good cause to grant a continuance as requested. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial and Request for Hearing [28] is granted, as follows:

1. The jury trial, now set for April 2, 2024, is continued to **July 9, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 9, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:  March 20, 2024.**

BY THE COURT:


s/Michael D. Nelson
**United States Magistrate Judge**