IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>KEVIN W. MCWILLIAMS,<br><br>        Defendants. | **8:23-CR-189**<br><br>**ORDER ON REQUEST FOR TRANSCRIPT** |

This matter is before the Court on a Request for Transcript filed by nonparty Angela Lincoln. Filing 60. The request relates to a transcript of the defendant's sentencing hearing held on October 30, 2024. Filing 57 (Text Minute Entry). Ms. Lincoln's request is granted, provided Ms. Lincoln contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. In the event Ms. Lincoln does not contact Ms. Schroder and make the appropriate financial arrangements, the request is denied. Accordingly,

IT IS ORDERED that the Request for Transcript filed by nonparty Angela Lincoln, Filing 60, is granted as to the transcript under the conditions described above. To the extent those conditions are not met, the request is denied. The Clerk shall mail a copy of this order to Angela Lincoln at the address provided in Filing 60.

Dated this 17th day of March, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge